# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**396**

**KA 15-01572**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

JAMIE ALTMAN, DEFENDANT-APPELLANT.

---

JAMIE ALTMAN, DEFENDANT-APPELLANT PRO SE.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Monroe County Court (Douglas A. Randall, J.), entered March 2, 2015.  The order, insofar as appealed from, issued superceding orders of protection.

It is hereby ORDERED that said appeal is unanimously dismissed (*see* CPL 450.10; *People v Whalen*, 49 AD3d 916, *lv denied* 10 NY3d 940).

Entered:  April 29, 2016                      Frances E. Cafarell
                                              Clerk of the Court